```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611142547
Cashier ID: almaceh
Transaction Date: 05/20/2019
Payer Name: Francisco J Becerra Garcia
--------------------------------
COMMERCIAL REGISTRY OTHER
 For: luis gonzalez
 Case/Party: D-CAN-5-18-CR-000549-001
 Amount:       $0.00
--------------------------------
NON-CASH COLLATERAL
 Amt Tendered:  $0.00
--------------------------------
Total Due:       $0.00
Total Tendered:  $0.00
Change Amt:      $0.00

deed of trust
2019-012597
LHK

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```